IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>RICKY JOSEPH JOHNSON,<br><br>              Defendant. | **4:16-CR-3072**<br><br>**ORDER** |

IT IS ORDERED that:

1. The government's Unopposed Motion to Continue (filing 42) is granted.

2. Defendant Ricky Joseph Johnson's sentencing is continued to February 2, 2017, at 2:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 4th day of January, 2017.

BY THE COURT:

_____
John M. Gerrard
United States District Judge